UNITED STATES of America,
Plaintiff–Appellee,

v.

Fabian BARRIOS–GUTIERREZ,
Defendant–Appellant.

No. 99–10148.

United States Court of Appeals,
Ninth Circuit.

Nov. 30, 2000.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Conrado SESMA–HERNANDEZ,
Defendant–Appellant.

No. 99–10491.

United States Court of Appeals,
Ninth Circuit.

Nov. 30, 2000.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

Aspen GREEN; Neale Allen; Jon Michael; Dorita Brady; Wallace L. Craig; Judy Lester, Residents and Qualified Electors in Tortolita, Plaintiffs–Appellants,

v.

CITY OF TUCSON, an Arizona municipal corporation,
Defendant–Appellee.

No. 99–15625.

United States Court of Appeals,
Ninth Circuit.

Nov. 30, 2000.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit,

---

1. Judge Rawlinson was recused.

except to the extent adopted by the en banc court.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jimmie Lou HENDRIXSON, Mable
Hefner Stephens, et al.,
Defendants–Appellants.

No. 99–12088.

United States Court of Appeals,
Eleventh Circuit.

Nov. 29, 2000.